_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

OCT 09 2020

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

Frank William Roberston Perry

Case No. 20-02579TMB

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __October 19, 2020__ *(date)* at __9:30 a.m.__ *(time)* before __Thomas M. GiGirolamo__, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom __7B__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

October 9, 2020
Date

J. Mark Coulson
United States Magistrate Judge