KOG/PMC: USAO#2020R00754

HEE 10.13.20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. CCB-20-0353 |
| | * | (Possession of Firearm by Prohibited |
| | * | Person, 18 U.S.C. § 922(g)(1)) |
| FRANK WILLIAM ROBERTSON PERRY, | * | |
| | * | |
| | * | |
| Defendant | | |

\*\*\*\*\*\*\*

## INDICTMENT

The Grand Jury for the District of Maryland charges:

On or about October 7, 2020, in the District of Maryland, the defendant,

**FRANK WILLIAM ROBERTSON PERRY**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, an Anderson Manufacturing model AM-15 rifle, serial number 20034967, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)

1

# FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction under Count One of this Indictment.

2. Upon conviction of the offense set forth in Count One of this Indictment, the defendant,

**FRANK WILLIAM ROBERTSON PERRY**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in those offense, including, but not limited to (1) an Anderson Manufacturing model AM-15 rifle, serial number 20034967.

## Substitute Assets

3. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

21 U.S.C. § 853
18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

*Robert K. Hur/kog*
Robert K. Hur
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Date: 10-14-2020