# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

\*

vs.   Case No.   CCB-20-0353

\*

**FRANK WILLIAM ROBERTSON PERRY**

\*

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by ___Desiree Lassiter, AFPD___, and the Government was represented by Assistant United States Attorney ___Kathleen Gavin___, it is

**ORDERED,** this __19th__ day of __October 2020__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

*Thomas M. DiGirolamo*
Thomas M. DiGirolamo
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement