**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA**  *

    v.  *  Criminal No.: CCB-20-0353

**FRANK PERRY**  *

\*   \*   \*   \*   \*

## MOTION TO SUPPRESS EVIDENCE (STATEMENTS)

Frank Perry, through his undersigned counsel, hereby respectfully moves this Honorable Court, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure, to suppress any and all statements, admissions and confessions allegedly given by the defendant, whether oral, written or otherwise recorded, which the government proposes to use as evidence against the defendant at trial, and in support of the motion alleges as follows:

1. Mr. Perry is charged in a one-count indictment with possession of a firearm by a prohibited person in violation of 18 U.S.C. § 922(g).[1] The charges stem from the alleged discovery of a firearm after a search of his residence.

2. Information received by undersigned counsel indicates that Mr. Perry may have made statements to law enforcement officials before and after arrest.

3. Any such statements, admissions, or confessions were obtained in violation of his privilege against self-incrimination, his right to counsel as guaranteed by the Fifth and Sixth Amendments to the United States Constitution, the Supreme Court's holding in <u>Miranda v. Arizona</u>, 384 U.S. 436 (1966), and were otherwise involuntary.

4. Any statements, admissions, or confessions were also the fruit of his unlawful seizure and arrest and were procured in violation of the Fourth Amendment of the United States Constitution.

---

[1] Mr. Perry was originally charged by complaint in case number 20-mj-2579-TMD.

5. Mr. Perry reserves the right to supplement this motion as additional facts become available. Mr. Perry has not yet received discovery in this matter, nor have his statements, recorded, written, summarized or otherwise memorialized, been provided to undersigned counsel. Therefore, undersigned counsel will likely supplement this motion upon receipt of discovery.

WHEREFORE, as a result of the constitutional violations alleged herein, Mr. Perry requests that this Court enter an Order suppressing any and all statements made by Mr. Perry.

Respectfully Submitted,

James Wyda
Federal Public Defender

/s/
DESIREE LASSITER, # 805578
BRENDAN A. HURSON, #28179
Assistant Federal Public Defenders
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962; Fax: (410) 962-0872
Emails: Brendan_Hurson@fd.org;
Desiree_Lassiter@fd.org

## **REQUEST FOR HEARING**

Pursuant to Rule 105.6 of the Local Rules of the United States District Court for the District of Maryland, a hearing is requested on the defendant's motion.

/s/
BRENDAN A. HURSON
Assistant Federal Public Defender