# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**     *

      **v.**     *     **Criminal No.: CCB-20-0353**

**FRANK PERRY**     *

      *   *  *  *  *

## MOTION FOR LEAVE TO AMEND, SUPPLEMENT, WITHDRAW OR FILE ADDITIONAL MOTIONS

Defendant Frank Perry, by and through his undersigned counsel, hereby moves this Honorable Court for leave to amend, supplement, withdraw or file additional motions, and in support of his Motion says:

1. Mr. Perry is charged in a one-count indictment with possession of a firearm by a prohibited person in violation of 18 U.S.C. § 922(g).

2. Contemporaneous with the filing of this Motion, Mr. Perry files additional pre-trial motions to suppress statements and evidence.

3. Undersigned counsel is awaiting the production and delivery of discovery by the prosecution and researching additional possible motions. Undersigned counsel and the prosecution have held a discovery conference and all parties understand discovery is forthcoming. As such, counsel requests leave to file any additional motions that may prove appropriate to the content of any information received by the government, whether or not such motion is mandatory under Rule 12(b)(3).

4. In addition, Mr. Perry requests leave to withdraw any Motion, prior to any ruling by the Court, if the relief requested in such motion is no longer desired or appropriate.

**WHEREFORE**, Mr. Perry requests that this Honorable Court allow him to amend, supplement, withdraw, or file additional motions as necessary.

Respectfully Submitted,

James Wyda
Federal Public Defender

_____/s/_____
DESIREE LASSITER, # 805578
BRENDAN A. HURSON, #28179
Assistant Federal Public Defenders
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962; Fax: (410) 962-0872
Emails: Brendan_Hurson@fd.org;
Desiree_Lassiter@fd.org
