# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CCB-20-0353 |
| | * | |
| **FRANK WILLIAM PERRY** | * | |

## MOTION FOR DETENTION HEARING

Mr. Frank William Perry, by and through his attorneys, Brendan Hurson and Desiree Lassiter, Assistant Federal Public Defenders, respectfully moves this Honorable Court for a detention hearing pursuant to 18 U.S.C. § 3142. In support of this motion, he states the following:

1. On October 9, 2020, Mr. Frank William Perry had an initial appearance in court on a single count, criminal complaint alleging that he violated 18 U.S.C. § 922(g)(1). *See* ECF No. 1. Specifically, the prosecution alleged that Mr. Perry illegally possessed a firearm despite having a felony conviction and being a prohibited person.

2. At his initial appearance, Mr. Perry consented to detention, reserving his right to seek a detention hearing at a later date. ECF No. 6.

3. Mr. Perry is detained at the Chesapeake Detention Facility, (CDF), and has been detained at CDF since his initial appearance.

4. On October 15, 2020, the prosecution filed an indictment against Mr. Perry. The single count indictment mirrored the charge set forth in the criminal complaint, charging Mr. Perry with possession of a weapon by a prohibited person. *See* ECF No. 9. No additional charges were

added or filed against Mr. Perry. *Id*. Thus, the single charge set forth in the indictment stems from the same conduct alleged in the complaint.

5. Mr. Perry has not previously requested a detention hearing, nor has he exercised his right to have a detention hearing.

6. Mr. Perry now requests a detention hearing pursuant to 18 U.S.C. § 3142.

WHEREFORE, Mr. Perry respectfully requests that the Court schedule a detention hearing in this matter.

Respectfully submitted,

JAMES WYDA

Federal Public Defender for the District of Maryland

/s/
_____
DESIREE LASSITER, (#805578)
BRENDAN A. HURSON, (#28179)
Assistant Federal Public Defender
Office of the Federal Public Defender
100 S. Charles Street, Tower II, Floor 9
Baltimore, MD 21201
Telephone: 410-962-3962