**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No.: 20-cr-353-CCB** |
| **FRANK PERRY** | * | |

\* \* \* \* \*

**CONSENT MOTION FOR PRETRIAL RELEASE ON CONDITIONS**

Defendant Mr. Frank Perry, by and through his undersigned counsel, and with the consent of Government counsel, Assistant United States Attorneys P. Michael Cunningham and Kathleen Gavin, hereby moves this Honorable Court for release from confinement on conditions of release, and in support of his Motion states:

1. Mr. Perry is charged in a one-count indictment with possession of a firearm by a prohibited person in violation of 18 U.S.C. § 922(g).

2. On October 9, 2020, Mr. Perry made his initial appearance. *See* ECF 3. An Order of Temporary Detention was entered. *See* ECF 6. On October 19, 2020, Mr. Perry was arraigned and again consented to detention. *See* ECF 11. On November 12, 2020, Mr. Perry formally requested a detention hearing. *See* ECF 16. The motion was submitted to the Honorable Judge J. Mark Coulson. *Id.*

3. There were no dates immediately available for the detention hearing and the parties were advised to discuss their availability for a hearing on Monday, November 16, 2020, at 10:30 a.m.

4. In their discussions regarding a detention hearing and date, the parties came to an agreement regarding Mr. Perry's request for release with conditions.

1

5. Currently, Mr. Perry remains detained at the Chesapeake Detention Facility (CDF) in Baltimore.

6. However, the parties now agree to Mr. Perry's pre-trial release and agree that conditions can be fashioned that can reasonably assure Mr. Perry's appearance at future court appearances and protect the community. *See* 18 U.S.C. § 3142 (c).

7. Specifically, the parties agree to the standard conditions of pretrial release ordinarily required by this Court as well as the following additional conditions:

    a. Mr. Perry must report on a regular basis to his supervising Pretrial Services officer. He shall promptly obey all reasonable directions and instructions of the supervising officer.

    b. Mr. Perry must reside at an address approved by Pretrial services and not move without prior approval of Pretrial services.

    c. Mr. Perry may not possess a weapon of any kind.

    d. There can be no weapons or ammunition of any kind at Mr. Perry's residence, regardless of ownership.

    e. Mr. Perry's travel is restricted to the District of Maryland unless work-related, approved in advance by Pretrial Services, and subject to frequent check-ins and/or GPS location monitoring by Pretrial Services, including providing GPS data from a cellular phone.

    f. Mr. Perry must avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution of this

or related offenses and anyone identified in writing by the Government and provided to counsel for Mr. Perry.

g. Mr. Perry must undergo medical or psychiatric treatment as directed by Pretrial Services.

h. Mr. Perry must refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.

i. Mr. Perry must submit to any testing required by Pretrial Services to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Mr. Perry must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.

j. Mr. Perry must participate in a program of substance abuse therapy and counseling if Pretrial Services considers it advisable.

k. Mr. Perry must comply with all directives from federal, state, or local government pertaining to public health, including COVID-19 restrictions.

l. Mr. Perry is not permitted to access any social media accounts including Twitter, Facebook, Instagram or a similar platform without the express permission of Pretrial Services.

m. Mr. Perry is not permitted to gather in a group larger than 5 people who are not family members or relatives (or family members and/or relatives of the person/people he resides with).

8. The above conditions have been agreed to by both parties. The undersigned and counsel for the Government consent to an immediate release order being issued with the above conditions listed.

**WHEREFORE**, Mr. Perry moves, with the consent of the Government, for his release on the above conditions.

Respectfully Submitted,

James Wyda
Federal Public Defender

_____/s/_____
DESIREE LASSITER, # 805578
BRENDAN A. HURSON, #28179
Assistant Federal Public Defenders
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962; Fax: (410) 962-0872
Email: Brendan_Hurson@fd.org;
Desiree_lassiter@fd.org