# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. CCB-20-cr-353 |
| FRANK PERRY ) | |
| ) | |
| _Defendant_ ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: As required by the Court
_____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

See page 2 and Attachment A

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address (only if above is an organization) _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____     _____
                    Custodian                                Date

(X) (7) The defendant must:
  (X) (a) submit to supervision by and report for supervision to the __PTS (as directed)__,
          telephone number _____, no later than _____.
  ( ) (b) continue or actively seek employment.
  ( ) (c) continue or start an education program.
  ( ) (d) surrender any passport to: _____
  (X) (e) not obtain a passport or other international travel document.
  (X) (f) abide by the following restrictions on personal association, residence, or travel: __State of MD unless work-related & approved by PTS, and subject to frequent check-ins and/or GPS location monitoring by PTS (see Attachment A)__
  (X) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: __See Attachment A__

  (X) (h) get medical or psychiatric treatment: as __directed by PTS (see Attachment A)__

  ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

  ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  (X) (k) not possess a firearm, destructive device, or other weapon.
  ( ) (l) not use alcohol ( ) at all ( ) excessively.
  (X) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  (X) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  (X) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
        ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
  ( ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
        ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
  (X) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
  (X) (s) __See Attachment A__

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: 20-cr-353-CCB |
| FRANK PERRY | * | |

\* \* \* \* \*

### ATTACHMENT A TO ORDER SETTING CONDITIONS OF RELEASE

In addition to the conditions noted in pages 1 and 2 of the Order Setting Conditions of Release entered today in the above-captioned case, the following additional conditions of supervision are also imposed on defendant Frank Perry:

a. Mr. Perry must report on a regular basis to his supervising Pretrial Services officer. He shall promptly obey all reasonable directions and instructions of the supervising officer.

b. Mr. Perry must reside at an address approved by Pretrial services and not move without prior approval of Pretrial services.

c. Mr. Perry may not possess a weapon of any kind.

d. There can be no weapons or ammunition of any kind at Mr. Perry's residence, regardless of ownership.

e. Mr. Perry's travel is restricted to the District of Maryland unless work-related, approved in advance by Pretrial Services, and subject to frequent check-ins and/or GPS location monitoring by Pretrial Services, including providing GPS data from a cellular phone.

1

f. Mr. Perry must avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution of this or related offenses and anyone identified in writing by the Government and provided to counsel for Mr. Perry.

g. Mr. Perry must undergo medical or psychiatric treatment as directed by Pretrial Services.

h. Mr. Perry must refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.

i. Mr. Perry must submit to any testing required by Pretrial Services to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Mr. Perry must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.

j. Mr. Perry must participate in a program of substance abuse therapy and counseling if Pretrial Services considers it advisable.

k. Mr. Perry must comply with all directives from federal, state, or local government pertaining to public health, including COVID-19 restrictions.

l. Mr. Perry is not permitted to access any social media accounts including Twitter, Facebook, Instagram or a similar platform without the express permission of Pretrial Services.

m. Mr. Perry is not permitted to gather in a group larger than 5 people who are not family members or relatives (or family members and/or relatives of the person/people he resides with).

It is so **ORDERED**.

_____ 11/18/20
UNITED STATES MAGISTRATE JUDGE
J. MARK COULSON