IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. CCB-20-0353** |
| | * | |
| **FRANK WILLIAM ROBERTSON PERRY,** | * | |
| | * | |
| | * | |
| **Defendant** | * | |

\*\*\*\*\*\*\*

### CONSENT MOTION FOR EXCLUSION OF TIME
### FROM SPEEDY TRIAL ACT COMPUTATIONS

The United States of America, by its undersigned attorneys, hereby moves for the entry of an order regarding the speedy trial status of this matter. In support of this motion, the government states as follows:

1. On October 9, 2020, the defendant, Frank William Robertson Perry, was arrested and made his initial appearance on a criminal complaint charging him with being a prohibited person in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). On October 14, 2020, the grand jury returned a one count indictment charging the defendant with that same offense.

2. On November 3, 2020, the defendant filed a Motion to Suppress Statements and a Motion to Suppress Search Warrant, as well as a Motion for Leave to File Additional Motions. Those motions remain pending.

3. Under the Speedy Trial Act, a criminal defendant must be brought to trial within seventy days of the later of either the filing of an indictment or the first appearance before a judicial officer of the court in which the charge is pending. 18 U.S.C. § 3161(c)(1).

4. The Speedy Trial Act, however, directs that the period of time between the

filing a pretrial motion and the resolution of that motion, or the conclusion of a hearing on the motion, shall be excluded from the computation of time in which the trial must commence. 18 U.S.C. § 3161(h)(1)(D). Accordingly, only the 25 days between the defendant's initial appearance and the filing of the pretrial motions should be counted for purposes of the Speedy Trial Act.

5.      The Speedy Trial Act also permits a trial court to continue a trial date beyond the seventy-day limit if such continuance is granted by the Court on the basis of a finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In deciding whether to grant such a continuance, the Court may consider, *inter alia*, whether the failure to grant the continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.§ 3161(h)(7)(B)(iv).

6.      In this case, the parties are now reviewing discovery and will soon begin discussing a possible resolution of this matter. A plea disposition would serve the interests of justice because it would allow the parties to enter into a mutually acceptable and beneficial disposition and would also preserve the resources that might otherwise be expended in a trial. Given this, the government submits that the ends of justice served by continuing the trial of this matter beyond the speedy trial date outweigh the interests of the defendant and the public in a speedy trial, and, therefore, the resulting delay is permissible pursuant to 18 U.S.C. § 3161(h)(7).

7.      The defendant has no objection to the government's motion.

WHEREFORE, the government requests that the time period from November 3,

2020, until such time as the pending pretrial motions are resolved, or a hearing is conducted on those motions, be excluded from Speedy Trial Act computations. A proposed order is attached for the Court's consideration.

                                            Respectfully submitted,

                                            Robert K. Hur
                                            United States Attorney

By: _____
                                            Kathleen O. Gavin
                                            P. Michael Cunningham
                                            Assistant United States Attorneys
                                            36 S. Charles Street, Fourth Floor
                                            Baltimore, Maryland 21201
                                            410-209-4800