**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872
TOLL FREE: (855) 213-8450

JAMES WYDA　　　　　　　　　　　　　　　　　DESIREE L. LASSITER & BRENDAN HURSON
FEDERAL PUBLIC DEFENDER　　　　　　　　　　ASSISTANT FEDERAL PUBLIC DEFENDERS

January 29, 2021

*Via ECF*
The Honorable Catherine C. Blake
Judge, United States District Court
United States District Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

　　　Re:　*United States v. Frank W. Perry*
　　　　　　Case No: CCB-20-353

Dear Judge Blake,

　　　We write on behalf of both parties with a status report. The undersigned are continuing to review discovery provided and the parties remain in plea negotiations. Motions have been filed and the speedy trial clock is tolled until such time as the motions are resolved. *See* ECF 24. As such, we request permission to update the Court within 45 days (Monday, March 15, 2021) as to whether a plea agreement has been reached and whether a motions hearing date will be needed.

　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Desiree L. Lassiter
　　　　　　　　　　　　　　　　　Brendan A. Hurson
　　　　　　　　　　　　　　　　　Assistant Federal Public Defenders