**ATTACHMENT A**

**STIPULATION OF FACTS**

*The undersigned parties stipulate and agree that if this case had proceeded to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant, the defendant, Frank William Robertson Perry ("Perry"), was a resident of Dundalk, Maryland. He is 39 years old. On November 19, 2012, Perry was convicted in the Baltimore County Circuit Court for the crime of Burglary Second Degree. That crime is punishable by imprisonment for more than one year. As a result of that conviction, Perry was prohibited from possessing a firearm or ammunition under federal law.

Perry was an adherent of the Boogaloo Movement. "Boogaloo" is a term referencing a violent uprising or impending civil war. The term is sometimes used by militia extremists and others, who allude to it using shorthand such as "big igloo" or "big luau" and imagery such as igloos or Hawaiian shirts. The term has particularly resonated with militia extremists, who have adopted it to reference an impending politically-motivated civil war or uprising against the government following perceived incursions on Constitutional rights—including the Second Amendment—or other perceived government overreach. Some have used the term to reference an impending race war—or other conflict that will lead to the collapse of the "system," including the US government, society, and the like. The Boogaloo is not a single cohesive group, but rather a loose concept arising from internet platforms which has become a rallying point for some extremists.

1

On April 28, 2020, Perry caused his girlfriend to purchase the lower receiver of an Anderson Manufacturing AM-15 rifle (hereafter "AM-15 lower receiver") bearing serial number 20034967 at "The Gun Shop" in Eastern Baltimore County for his own use. The lower receiver of a firearm, while not a completed and functioning weapon, is legally defined as a firearm by federal law and requires the purchaser to go through a background check and to complete an ATF Form 4473. Sellers of firearms such as The Gun Shop are required by federal law to maintain completed Forms 4473 for firearms sold by the business, to include lower receivers. The purchaser is required to complete the Form 4473 truthfully and under penalty of perjury.

The ATF Form 4473, as completed, indicated that Perry's girlfriend was the purchaser of the AM-15 lower receiver and that the receiver was "multi-cal." That phrase is used to denote a firearm that can be assembled into any number of varying calibers (such as .223 caliber, 5.56mm, .308 caliber, etc.) which will ultimately be determined by the person assembling the rifle. The AM-15 lower receiver, once assembled, is nearly identical to the popular and widely known AR-15 assault rifle.

Between approximately March 31, 2020 and September 6, 2020, Perry purchased the following items from Amazon, using his VISA credit card:

- a gun cleaning mat with a diagram of the parts of an AR-15 style rifle;
- grease for lubricating firearms;
- a sling and sling assembly for a rifle;
- a weapon mounted light for Picatinny rails commonly found on AR-15 style weapons;
- a weapons mounted sight;
- a device to "boresight" or calibrate a weapons sight; and
- magazine pouches for AR-15 style magazines.

Perry caused Amazon to ship these items to his residence in his girlfriend's name. He then used the items and the lower receiver to build a complete and operational AM-15 weapon.

On October 7, 2020, law enforcement agents executed a search warrant at Perry's residence in Dundalk, Maryland. Agents found and seized an Anderson Manufacturing rifle model AM-15 bearing serial number 20034967. Agents also found and seized a black tactical vest containing two ballistic plates located on the interior of the vest; two loaded rifle magazines located in pouches affixed to the exterior of the vest; a third loaded rifle magazine located on top of the vest; eight rounds of .223 caliber ammunition located inside of a black box in a nightstand; and other firearms related accessories.

Also on October 7, 2020, Perry voluntarily surrendered to law enforcement agents. The agents advised Perry of his constitutional rights. Perry waived those rights and consented to a custodial interview. In the interview, which was recorded, Perry claimed that the purchase of the lower receiver was his girlfriend's decision and that the purpose of the purchase was for her self-defense because he was on the road a lot due to his work. Perry admitted that his girlfriend had no involvement in building the rifle. Instead, he built it himself with the assistance of a neighbor. Perry insisted that it was his girlfriend's weapon, but conceded that the FBI would probably find his fingerprints on it. Perry also admitted that he would have used the weapon himself for self-defense if put in a position that it was necessary.

Anderson Manufacturing firearms are not made in the State of Maryland. Because the AM-15 was purchased from a Federal Firearms Licensee in the State of Maryland, the firearm traveled in, and affected, interstate commerce.

At all times, Perry knew that he was prohibited from possessing a firearm or ammunition because of his felony conviction.

SO STIPULATED:

_____
Kathleen O. Gavin
P. Michael Cunningham
Assistant United States Attorneys

_____
Frank William Robertson Perry
Defendant

_____
Desiree Lassiter, Esquire
Brendan Hurson, Esquire
Counsel for Defendant

4