# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No.: 20-cr-353-CCB |
| **FRANK PERRY** | * | |

\* \* \* \* \*

## CONSENT MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE

Defendant Frank Perry, by and through his undersigned counsel, and with the consent of counsel for the United States, hereby moves this Honorable Court to modify the conditions of his release to permit him to relocate his residence. In further support, Mr. Perry states as follows:

1. Mr. Perry has pleaded guilty to the possession of a firearm by a prohibited person in violation of 18 U.S.C. § 922(g). Sentencing has been delayed due to the COVID-19 pandemic and will be scheduled on or before June 2, 2021.

2. Mr. Perry has been released since November 18, 2021. ECF 19-21. He has had maintained steady employment and has abided by all the terms of his release.

3. One condition of his release is that Mr. Perry reside at the home of his parents. Regrettably, this residence is temporarily not suitable for Mr. Perry. Mr. Perry wishes to temporarily move from his parents' residence to the home he previously shared with his fiancé and their children. This address is known to Pre-trial Services and has been approved by Pre-trial Services for a temporary re-location. The government also does not object to Mr. Perry's proposed temporary relocation. Once Pre-trial Services determines that Mr. Perry can safely return to his parent's residence, he will do so (absent a subsequent modification to the terms of his release).

4. If Mr. Perry's temporary relocation is approved by the Court, all additional conditions of Mr. Perry's release would remain in effect.

**WHEREFORE**, Mr. Perry moves, with the consent of the Government and Pre-trial Services, for a modification of his release conditions to permit him to temporarily move residences as noted above.

Respectfully Submitted,

James Wyda
Federal Public Defender

_____/s/_____
DESIREE LASSITER, # 805578
BRENDAN A. HURSON, #28179
Assistant Federal Public Defenders
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962; Fax: (410) 962-0872
Email: Brendan_Hurson@fd.org;
Desiree_lassiter@fd.org