IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: 20-cr-353-CCB |
| FRANK PERRY | * | |

\* \* \* \* \*

**ORDER ON CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE**

Having considered Defendant Frank Perry's consent motion to modify conditions of release, it is this  25th  day of March, 2021, hereby **ORDERED**:

1) Defendant Frank Perry's conditions of release are modified to permit him to remain permanently at his current address, which is known to and approved by Pre-Trial Services.

2) To the extent that they do not conflict with the provisions of this Order, all other conditions of release previously imposed and/or amended in this case remain in effect.

*A. David Copperthite*
United States Magistrate Judge