IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| **v.** | : | Case No.   CCB-20-0353 |
| | : | |
| **FRANK WILLIAM PERRY,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER MODIFYING CONDITIONS OF RELEASE

Having considered Mr. Perry's consent motion to modify his conditions of release by removing his curfew, with all other conditions of release being maintained, it is this ___9___ day of April, 2021, hereby ORDERED:

1. Mr. Perry be permitted to come and go from his home without time constraint, with all other conditions remaining the same.

_____
Hon. Judge Thomas M. DiGirolamo
MAGISTRATE JUDGE

1