# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No.: 20-cr-353-CCB |
| **FRANK PERRY** | * | |

\* \* \* \* \*

## CONSENT MOTION TO EXTEND DEADLINE TO OBJECT TO PRE-SENTENCE REPORT

Defendant Frank Perry, by and through his undersigned counsel and with the consent of the United States and the United States Probation Office, hereby moves this Honorable Court to extend the date to file objections and corrections to the Pre-Sentence Report (PSR) until July 2, 2021. In further support, Mr. Perry states as follows:

1. Mr. Perry has pleaded guilty to the possession of a firearm by a prohibited person in violation of 18 U.S.C. § 922(g). Sentencing has been delayed due to the COVID-19 pandemic and will be scheduled soon.

2. Objections to Mr. Perry's PSR are currently due May 3, 2021. ECF 33, 1.

3. The undersigned have not completed our review of the PSR with Mr. Perry and thus seek an extension in the date to submit objections or corrections to the PSR. After consultation with the U.S. Probation Officer (USPO) who drafted the PSR, the undersigned seek an extension in the date to report objections to the PSR until July 2, 2021 as this will provide ample time for the USPO to research and make any needed modification and/or corrections and file a final PSR by July 13, 2021, which is 11 days from July 2, 2021. Additional dates for submissions can be set

once a sentencing date is selected. Government counsel and the USPO consent to this request. A proposed Order is attached.

**WHEREFORE**, Mr. Perry moves for an ORDER extending the date to submit, in writing, any objections to any material information, sentencing classifications, advisory sentencing guideline ranges, or policy statements contained in or omitted from the PSR.

Respectfully Submitted,

James Wyda
Federal Public Defender

_____/s/_____
DESIREE LASSITER, # 805578
BRENDAN A. HURSON, #28179
Assistant Federal Public Defenders
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962; Fax: (410) 962-0872
Email: Brendan_Hurson@fd.org;
Desiree_lassiter@fd.org