IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Criminal No.: 20-cr-353-CCB** |
| **FRANK PERRY** | * | |

\* \* \* \* \*

**ORDER ON CONSENT MOTION TO EXTEND DEADLINE TO OBJECT TO PRE-SENTENCE REPORT**

Having considered Defendant Frank Perry's Consent Motion to Extend Deadline to Object to Pre-Sentence Report, it is this 6th day of ~~April~~ May, 2021, hereby **ORDERED** that the deadline to file objections to any material information, sentencing classifications, advisory sentencing guideline ranges, or policy statements contained in or omitted from the PSR is moved from May 3, 2021 to July 2, 2021. The deadline to file the final report is extended to July 13, 2021. Additional dates for submissions to the Court will be set once a sentencing date is selected.

/S/
United States District Judge
Catherine C. Blake