

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Kathleen O. Gavin*  *Suite 400*  *DIRECT: 410-209-4887*
*Assistant United States Attorney*  *36 S. Charles Street*  *MAIN: 410-209-4800*
*Kathleen.Gavin@usdoj.gov*  *Baltimore, MD 21201-3119*  *FAX: 410-962-3091*

July 8, 2021

Honorable Catherine C. Blake
United States District Judge
United States District Court for the
    District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re: *United States v. Frank Perry*
<u>Criminal No. CCB-20-0353</u>

Dear Judge Blake:

    I am writing to request an extension of time in which to file a reply to the defendant's sentencing memorandum in the above-referenced matter.

    The defendant is scheduled to appear for sentencing next Thursday, July 15, 2021, at 10 a.m. The defendant filed a 24 page sentencing memorandum only two days ago on July 6. Under the Court's sentencing order, however, replies to sentencing memoranda are currently due today.

    The government respectfully requests an extension of one week to allow it sufficient time to prepare and file its reply. Defense counsel, AFPD Desiree Lassiter, has advised me that she has no objection to the requested extension of time.

    Thank you for your consideration of this request.

Respectfully,

Jonathan F. Lenzner
Acting United States Attorney

_____
Kathleen O. Gavin
Assistant United States Attorney

cc: Desiree Lassiter, Esquire

1

Approved. 7/8/21
Catherine C. Blake
United States District Judge